**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 17-00220-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEBORAH A TURNER | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offenses charged in Counts 2 and 3 of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of January, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT